ORIGINAL

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 16-10313

D.C. Docket No. 4:15-CV-922

United States Court of Appeals
Fifth Circuit

**FILED**

April 18, 2017

Lyle W. Cayce
Clerk

DECATUR HOSPITAL AUTHORITY, doing business as Wise Regional
Health System,

      Plaintiff - Appellee

v.

AETNA HEALTH, INCORPORATED,

      Defendant - Appellant

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

MAY 1 0 2017

CLERK, U.S. DISTRICT COURT
By_____
        Deputy

Appeal from the United States District Court for the
Northern District of Texas, Fort Worth

Before JOLLY, HIGGINBOTHAM, and GRAVES, Circuit Judges.

### JUDGMENT

This cause was considered on the record on appeal and was argued by
counsel.

It is ordered and adjudged that the judgment of the District Court is
affirmed.

IT IS FURTHER ORDERED that defendant-appellant pay to plaintiff-
appellee the costs on appeal to be taxed by the Clerk of this Court.

**Certified as a true copy and issued
as the mandate on May 10, 2017**

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

**ORIGINAL**



RECEIVED

MAY 1 0 2017

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

## *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

May 10, 2017

Ms. Karen S. Mitchell
Northern District of Texas, Fort Worth
United States District Court
501 W. 10th Street
Room 310
Fort Worth, TX 76102

No. 16-10313    Decatur Hospital Authority v. Aetna Health,
Inc.
USDC No. 4:15-CV-922 — A

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate and a
copy of the court's opinion.

Enclosed for the district court and counsel is the approved bill
of costs.

Sincerely,

LYLE W. CAYCE, Clerk

Renee McDonough

By: _____
Renee S. McDonough, Deputy Clerk
504-310-7673

cc w/encl:
    Mr. Derrick Scott Boyd
    Mr. Andrew Christian Cookingham
    Mrs. Jennifer R. Ecklund
    Mr. Reed Cullen Randel
    Mr. Mitchell A. Reid
    Mr. John Bruce Shely